UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
18-10087-FDS

UNITED STATES OF AMERICA

v.

DENZEL SMITH and DILON SMITH

**ORDER ON DEFENDANTS' MOTIONS TO COMPEL**

December 10, 2018

DEIN, M.J.

This matter is before the court on Defendant Denzel Smith's Motion to Compel Discovery (Docket No. 68) and Defendant Dilon Smith's Renewed Motion to Compel Production of Discovery (Docket No. 49). After consideration of the parties' written submissions and their oral arguments on this date, it is hereby ORDERED as follows:

1. The government has agreed not to submit any evidence about the 7 controlled buys at trial, including in its affirmative case or in rebuttal.

2. The government will confirm to the defendants whether surveillance of 177 Megan Road, Hyannis, Massachusetts, was conducted in connection with any of the controlled buys, and, if so, whether any (and which) of the defendants was seen entering, leaving, or near 177 Megan Road.

3. The motions to compel have otherwise either been resolved by agreement or are denied.

SO ORDERED.

                                                     / s / Judith Gail Dein
                                                    JUDITH GAIL DEIN
                                                    UNITED STATES MAGISTRATE JUDGE